# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL KNIGHT,<br>    Plaintiff,<br><br>       v.<br><br>AIR PRODUCTS AND<br>CHEMICALS, INC., et al.,<br>    Defendants. | CV 20-4953 DSF (E)<br><br><br>JUDGMENT |

    The Court having granted Defendant Air Products and Chemicals, Inc.'s motion for summary judgment,

    IT IS ORDERED AND ADJUDGED that Plaintiff Marshall Knight take nothing, that his claims be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

.

    IT IS SO ORDERED.

Date: June 21, 2021            _____
                                                Dale S. Fischer
                                                United States District Judge